1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA  (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6
   150 Almaden Boulevard, Suite 900
7  San Jose, CA 95113
   Telephone: (408) 535-5045
8  Facsimile:  (408) 535-5066
   Email: jeff.nedrow@usdoj.gov
9

10 Attorneys for Plaintiff

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,           )   CR No.: 04-0044-SI
                                       )
15         Plaintiff,                  )   MOTION TO PERMIT GOVERNMENT
                                       )   COUNSEL TO OBTAIN COPIES OF
16     v.                              )   SEALED DOCUMENTS; PROPOSED
                                       )   ORDER
17 VICTOR CONTE, JR.,                  )
   JAMES VALENTE,                      )
18 GREG ANDERSON, and                  )
   REMI KORCHEMNY,                     )
19                                     )
           Defendants.                 )
20                                     )
   _____)
21

22         The United States, by and through Melinda Haag, United States Attorney, and

23 Matthew A. Parrella, Jeffrey D. Nedrow, and Jeffrey R. Finigan, Assistant United States

24 Attorneys, hereby moves the Court for an order authorizing the government to obtain copies of

25 sealed documents filed in the above-referenced case for the purpose of responding to an August

26 24, 2010 discovery request by the defense in U.S. v. Bonds, CR 07–00732.

27

28 MOTION TO PERMIT GOVERNMENT
   COUNSEL TO OBTAIN SEALED DOCUMENTS;
   PROPOSED ORDER

| | | |
|---|---|---|
| 1 | DATED: September 15, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | MELINDA HAAG<br>United States Attorney |
| 4 | | _____/s/_____<br>MATTHEW A. PARRELLA |
| 5 | | JEFFREY D. NEDROW<br>JEFFREY R. FINIGAN |
| 6 | | Assistant United States Attorneys |

MOTION TO PERMIT GOVERNMENT
COUNSEL TO OBTAIN SEALED DOCUMENTS;
PROPOSED ORDER                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR CONTE, JR.,<br>JAMES VALENTE,<br>GREG ANDERSON, and<br>REMI KORCHEMNY,<br><br>　　　　Defendants. | CR No. : 04-0044-SI<br><br>PROPOSED ORDER AUTHORIZING GOVERNMENT TO OBTAIN COPIES OF SEALED DOCUMENTS |

　　　In light of the government's motion, and for the reasons stated therein, the government is hereby permitted to obtain copies of the sealed documents from the court file in this case. The documents are not to be unsealed for purposes of the public record absent any further order of the Court.

IT IS SO ORDERED.

DATED: _____, 2010

_____
SUSAN ILLSTON
United States District Judge

MOTION TO PERMIT GOVERNMENT
COUNSEL TO OBTAIN SEALED DOCUMENTS;
PROPOSED ORDER